IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No. 10-1471 BKT |
|---|---|
| **JAIME L CASIANO COLON** | Chapter 13 |
| Debtor(s) | |

# INFORMATIVE MOTION

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is submitting the amendments to Schedule A.

2. That the reason for the amendments is to include widow usufruct information.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 19 day of April of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

B6A (Official Form 6A) (12/07)

IN RE **CASIANO COLON, JAIME L**                Case No. **10-01471 BKT**
                                    Debtor(s)                                                      (If known)

# AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **PROPERTY LOCATED A 17 B 188 523 , 5TA EXT VILLA CAROLINA, PR W/ 3 BDRMS, 1 BTHRM, KITCHEN, LIVING AND DINNING ROOM.**<br><br>**50% PLUS $4,992.85 OF "USUFRUTO VIUDAL" PROPERTY ACCUIRED IN 1982 FOR $45,000.00** | **50%** | | **140,000.00** | **70,000.00** |
| | | TOTAL | **140,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **CASIANO COLON, JAIME L**            Case No. **10-01471 BKT**
                    Debtor(s)                                                   (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **14** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 19, 2010**       Signature: **/s/ JAIME L CASIANO COLON**
                                           **JAIME L CASIANO COLON**         Debtor

Date: _____       Signature: _____
                                                                           (Joint Debtor, if any)

[If joint case, both spouses must sign.]

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____       _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____       Signature: _____

                                                     _____
                                                                   (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## INSTRUCCIONES PARA EL USO DE LA CALCULADORA (TEST VERSION 0.01a)

*[La calculadora se ofrece para fines educativos y como ejemplos de los posibles cálculos. Deberá usarse únicamente para fines ilustrativos, y bajo su propia responsabilidad. La Asociación de Notarios no asume responsabilidad alguna por el uso de la calculadora. Para mayor certeza, deberá consultar con su notario o contador publico autorizado.]*

Tan solo deben llenarse los espacios que están marcados con el color amarillo.

En el espacio identificado como **Caudal** Debe incluir el monto del caudal que va a ser objeto de partición. (Recordar que si se trata de bienes gananciales, la cantidad a incluirse debe ser solamente la que le corresponda al cónyuge fallecido.)

En los próximos espacios, incluir la **Edad de la viuda** y su género.

Para llenar el espacio de **expectativa de vida** debe hacerse referencia a la tabla de expectativa de vida que se vaya a utilizar. Para fines de ilustración, se incluye la tabla que aparece en la página _____

Seleccione la cantidad que corresponda a la expectativa de vida aplicable a su caso y coloque esta cantidad en el espacio amarillo.

Si hay hijos o descendientes, pase a la sección III, y utilice la sección correspondiente, dependiendo de si los hijos son **de un solo matrimonio** o si se trata de **hijos de mas de un matrimonio**, e indique el número de hijos que corresponda. De existir testamento, y de existir mejora, incluya la cantidad que corresponde a la **Mejora** en el espacio indicado.

*\*Para mayor información sobre la doctrina aplicable y ejemplos concretos del derecho de usufructo viudal, uede consultar el libro del Profesor Juan Muñiz Belbrú, Herencia, el Usufructo Viudal (Determinación y Liquidación), Edición 1997.*

---

### OPRIMA AQUI PARA VER LA TABLA DE EXPECTATIVA DE VIDA

## CALCULO DEL USUFRUCTO VIUDAL
*(version de prueba Sept 2005)*

**CONYUGE SUPERSTITE**

| | | |
|---|---|---|
| Caudal | 35,000.00 | |
| Edad Viuda | 69 | |
| Genero | m | |
| expectativa de vida | 17.2 | 10.548971022 |
| Interes | 6% | |

**I. Con un solo hijo**

Una tercera parte de la herencia

Del tercio de mejora

| | |
|---|---|
| Usufructo de | 11,666.67 |
| Anualidad | 700.00 |
| Conmutación | 7,384.28 |

| | Vigente |
|---|---|
| Intestada | 7,384.28 |
| Testada | |
| no menos de | 7,384.28 |
| no mas de | 19,050.95 |

**II. Con ascendientes**

Una tercera parte de la herencia

De la libre disposicion

| | |
|---|---|
| Usufructo de | 11,666.67 |
| Anualidad | 700.00 |
| Conmutación | 7,384.28 |

|          |   | Vigente   |
|----------|---|-----------|
| Intestada |  | 7,384.28  |
| Testada  |   |           |
| no menos de |  | 7,384.28 |
| no mas de   |  | 24,884.28 |

### III. Con dos o más hijos o descendientes

#### 1) hijos de un solo matrimonio

(Legitima larga menos la mejora) dividido entre la cantidad de hijos mas uno

Del tercio de mejora

| Cantidad de hijos | 2 |
|---|---|
| Mejora | 0 |

| Usufructo de | 7,777.78 |
|---|---|
| Anualidad | 466.67 |
| Conmutación | 4,922.85 |

|          |   | Vigente   |
|----------|---|-----------|
| Intestada |  | 4,922.85  |
| Testada  |   |           |
| no menos de |  | 4,922.85 |
| no mas de   |  | 16,589.52 |

#### 2) hijos de mas de un matrimonio

(Legitima larga menos la mejora) dividido entre la cantidad de hijos

De la libre disposicion

| Cantidad de hijos | 0 |
|---|---|
| Mejora | 0 |

| Usufructo de | NaN |
|---|---|
| Anualidad | NaN |
| Conmutación | NaN |

|          |   | Vigente |
|----------|---|---------|
| Intestada |  | NaN    |
| Testada  |   |         |
| no menos de |  | NaN  |
| no mas de   |  | NaN  |

### IV. Con personas que no son ni descendientes ni ascendientes

La mitad de la herencia

Del total de la herencia

Si no hay colaterales preferentes hereda la totalidad

| Usufructo de | 17,500.00 |
|---|---|
| Anualidad | 1,050.00 |
| Conmutación | 11,076.42 |

|          |   | Vigente   |
|----------|---|-----------|
| Intestada |  | 11,076.42 |
| Testada  |   |           |
| no menos de |  | 11,076.42 |
| no mas de   |  | 35,000.00 |

☑ Automatic recalculation    Recalculate

Esta Calculadora que ofrecemos se encuentra en estado de prueba; Agradeceremos cualquier comentario, asi como cualquier sugerencia relacionada con este servicio.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-01471-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Wed Apr  7 12:34:15 AST 2010 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | CITI FINANCIAL<br>P O BOX  499<br>HANOVER, MD 21076-0499 |
| MONEY EXPRESS<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | MONEYEXPRESS<br>PO BOX 11890<br>SAN JUAN, PR  00922-1890 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| JAIME L CASIANO COLON<br>188-17 CALLE 523<br>VILLA CAROLINA<br>CAROLINA, PR 00985-3004 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 |

End of Label Matrix
Mailable recipients     8
Bypassed recipients     0
Total                   8